UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

                                                  CASE NO.: 1:23-cv-23732-RNS

    Plaintiff,

vs.

VISTA MYRTLE BEACH HOTEL, LP
a Foreign Limited Partnership
d/b/a HAMPTON INN MIAMI AIRPORT WEST

    Defendant(s).
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, VISTA MYRTLE BEACH HOTEL, LP, a Foreign Limited Partnership, d/b/a HAMPTON INN MIAMI AIRPORT WEST.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel via email at: tyler@vistahospitality.com.

                                              By: **/s/ Gregory S. Sconzo**
                                              GREGORY S. SCONZO, ESQUIRE
                                              Florida Bar No.: 0105553
                                              SAMANTHA L. SIMPSON, ESQ.
                                              Florida Bar No.: 1010423
                                              **Primary Email:** greg@sconzolawoffice.com
                                              **Primary Email:** samantha@sconzolawoffice.com
                                              **Secondary Email:** alexa@sconzolawoffice.com
                                              **Sconzo Law Office, P.A.**
                                              3825 PGA Boulevard, Suite 207
                                              Palm Beach Gardens, FL 33410
                                              Telephone: (561) 729-0940
                                              Facsimile: (561) 491-9459